IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**RICHARD F. TRUJILLO**
Plaintiff

v.

**TRIPLE R TRUCKING LLC**
Defendant

---

### NOTICE OF REMOVAL
---

Triple R Trucking LLC (hereinafter "Defendant"), by and through its attorneys, Hall & Evans LLC, hereby files its Notice of Removal of this action from the District Court, Park County, State of Colorado, to the United States District Court for the District of Colorado. As grounds for this removal, Defendant states that there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000.00.

Defendant, in further support of its Notice of Removal, states and alleges to the Honorable Court as follows:

1.  Defendant is named in a civil action brought by the Plaintiff, in the District Court, Park County, State of Colorado. The State Court action is captioned *Richard F. Trujillo v. Triple R Trucking LLC,* Civil Action No. 2018CV30011. The aforementioned action was filed on or about February 7, 2018. The Defendant was served with the Summons and Complaint on February 26, 2018, in the State of Nebraska. Therefore, this Removal is timely pursuant to 28 U.S.C. §1446(b)(1).

2.      Pursuant to 28 U.S.C. § 1446(a), the following instruments, which were filed in the Colorado state court action, are attached hereto as designated below:

    a.    **Exhibit A** – Complaint

    b.    **Exhibit B** – Civil Case Cover Sheet

    c.    **Exhibit C** – Civil Summons

    d.    **Exhibit D** – Delay Reduction Order

    e.    **Exhibit E** – Entry of Appearance – Paul T. Yarbrough

    f.    **Exhibit F**– Docket for 2018CV30011

    g.    **Exhibit G** – Notice of Filing Notice of Removal

3.      In his Complaint filed in the Colorado state district court, Plaintiff alleges that on July 15, 2016, he was driving his pickup truck southbound on Colorado Highway 285 and approaching a construction zone. Traffic ahead of him was stopped by a flag person who had stopped traffic for construction equipment when he was rear-ended by Defendant's employee who was driving an eighteen-wheel vehicle and allegedly fell asleep at the wheel. (Exhibit A at ¶¶ 5-8). Plaintiff alleges that the accident caused him to suffer from personal injuries, temporary and permanent injuries and disabilities, temporary and permanent physical impairment, loss of enjoyment of life, and property damage. Id. at ¶¶ 9, 15, 21, and 26.

4.      This Court possesses diversity jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. Plaintiff is a citizen of the State of Colorado. (*See* Exhibit A at ¶ 1). Defendant is a Limited Liability Company organized under the laws of the State of Nebraska. (*See* Rule 7.1 Corporate Disclosure Statement filed contemporaneously with this Notice of Removal). The members of the LLC are natural persons, Daymon and Krystal Raue, who reside in Decatur, Nebraska. Therefore, complete diversity of citizenship exists.

5.      Plaintiff's Civil Case Cover Sheet filed in Park County District Court represents to the State Court that, "[Plaintiff] is seeking a monetary judgment for more than $100,000.00 against [Defendant], including any attorney fees, penalties or punitive damages, but excluding interest and costs". (Exhibit B, Pg. 2) Therefore, Plaintiff is seeking a monetary judgment against Defendant in excess of $100,000. This pleading is signed by Plaintiff's counsel, Jeffrey Scott Lasswell.

6.      The amount in controversy in this action exceeds the $75,000.00 jurisdictional minimum required for this Court's diversity jurisdiction. "The amount in controversy is ordinarily determined by the allegations in the complaint, or, where they are not dispositive, by the allegations in the notice of removal." *See Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995).

7.      Jurisdiction in this Court is appropriate under 28 U.S.C. § 1332(a), since the action is between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.      Defendant hereby certifies that neither a trial nor any hearings in this matter have been set in the District Court, Park County, State of Colorado. In accordance with D.C.Colo.LCiv.R 81.1, a copy of the state court action docket sheet is attached as **Exhibit F**.

9.      Defendant has complied with all of the requirements of 28 U.S.C. § 1446 and D.C.Colo.LCiv.R. 81.1.

10.     A copy of this Notice of Removal is being filed with the Clerk of the District Court, Park County, State of Colorado, and is being served on Plaintiff's counsel as specified on the attached Certificate of Service.

11.     A copy of the Notice of Filing of Notice of Removal, which is being filed with the District Court, Park County, State of Colorado, is attached to the instant Notice as **Exhibit G**.

12.     In his Complaint, Plaintiff does not demand a jury trial.

13. All grounds for removal from state district court have been met.

Respectfully submitted on this 27th day of March, 2018.

                HALL & EVANS LLC

+

                s/ *Paul T. Yarbrough*
                Paul T. Yarbrough #48518
                1001 17th Street, Suite 300
                Denver, CO  80202
                303/628-3300
                yarbroughp@hallevans.com

                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served via the manner indicated below this 27th day of March, 2018 to the following addresses:

| | | |
|---|---|---|
| Jeffrey S. Lasswell. Attorney | ☐ | First Class Mail |
| 104 S. Cascade Avenue, Suite 202 | ☐ | Hand Delivery |
| Colorado Springs, CO  80903 | ☐ | Facsimile |
| lasswell@jslpc.com | ☐ | Overnight Delivery |
| | ☒ | CM/ECF |
| | ☐ | E-Mail |

    *s/    Sharon Stevenson*